# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1985

Walter Barton

Appellee

v.

Warden William Stange

Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:20-cv-08001-BCW)
_____

**MANDATE**

In accordance with the opinion and judgment of 05/17/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 18, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit